**FILED**
JUL 28 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL COX and JOSEPH M. LYNCH on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARUS MARKETING GROUP, LLC., a Connecticut corporation; PROVIDE-COMMERCE, INC., a Delaware corporation; DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: CV-11-0729 SBA<br><br>**ORDER APPROVING SUBSTITUTION OF COUNSEL** |

On July 26, 2011, Plaintiff's lead counsel James R. Patterson, filed a Notice of Substitution of Counsel pursuant to Civil Local Rule 83.3 (g)(2). Having reviewed the notice, the Court hereby APPROVES of the substitution. Patterson Law Group, APC is substituted in as counsel for Plaintiff, in place and stead of Harrison Patterson & O'Connor, LLP.

**IT IS SO ORDERED.**

Dated: 7/28/11

_____
United State District Judge

-1-